179 So. 260

**Fred CAUDLE v. State ex rel. M. C. SIVLEY, Solicitor.**

**7 Div. 466.**

Supreme Court of Alabama.

Feb. 17, 1938.

Motley & Motley, of Gadsden, for appellant.

A. A. Carmichael, Atty. Gen., for appellee.

FOSTER, Justice.

Affirmed on the authority of Jesse McGee v. State of Alabama, ante, p. 354, 179 So. 259, this day decided.

Affirmed.

ANDERSON, C. J., and GARDNER and BOULDIN, JJ., concur.